AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

VINCENT JOHNSON and SARAH JOHNSON, Individually and on Behalf of VINCENT JOHNSON as his Court Appointed Curator
*Plaintiff(s)*

v.

TRANSWOOD INC., TUTHILL CORPORATION, AXIALL, LLC previously known as GEORGIA GULF CHEMICALS & VINYLS, LLC et al
*Defendant(s)*

Civil Action No. 3:14-cv-00102-SDD-SCR

Judge Dick

Magistrate Judge Riedlinger

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

WESTSIDE TRUCK AND AUTO
Through owner, Mr. Christopher Fontenot
1855 W Hwy 190
Port ALLEN LA 70767

WESTSIDE TRUCK AND AUTO
Through owner, Mr. Christopher Fontenot
8832 SAINT ROMAIN RD
BUECHE LA 70729-2602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CHAD AGUILLARD
811 Parent Street
New Roads LA 70760

and

SOPHIA J. Riley
11019 Perkins Road Ste D
PO Box 84301
Baton Rouge LA 70884

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Donna G. Gregory
*CLERK OF COURT*

*Nicole R. Toups*
*Signature of Clerk or Deputy Clerk*

Date: March 07, 2014

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Christopher Fontenot_
was received by me on *(date)* _March 8- 2014_

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _Kenneth Fontenot (father)_, a person of suitable age and discretion who resides there,
on *(date)* _March 8 2014_, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _300_ for travel and $ _____ for services, for a total of $ _300.00_ .

I declare under penalty of perjury that this information is true.

Date: _March 8 14_

_Nina B Hicks_
Server's signature

_Nina B. Hicks_
Printed name and title

_205 Lapin Road Breaux Bridge, La 70517_
Server's address

Additional information regarding attempted service, etc: