UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VINCENT JOHNSON, ET AL.

VERSUS

TRANSWOOD, INC., ET AL.

CIVIL ACTION

NO. 14-102-SDD-SCR

## RULING

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated June 30, 2014. Plaintiffs have filed an *Objection*[3] and Defendants, Axiall, LLC and Tuthill Corporation, have filed replies[4] in response, which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiff's *Motion to Remand*[5] is DENIED.

Baton Rouge, Louisiana the 30 day of July, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 41.
[3] Rec. Doc. 47.
[4] Rec. Docs. 49 and 53.
[5] Rec. Doc. 15.