UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VINCENT JOHNSON, ET AL.                                    CIVIL ACTION NO.

VERSUS                                                     14-102-SDD-SCR

TRANSWOOD, INC., ET AL.

## ORDER

**CONSIDERING** the *Motion to Substitute Document*[1] filed by Muncie Power Products, Inc. in the above captioned matter;

**IT IS HEREBY ORDERED** that the Motion is GRANTED and the previously filed *Affirmation of Settlement Negotiations*[2] will be substituted with Record Document 162-1 in the record of these proceedings.

Baton Rouge, Louisiana the 24 day of September, 2015.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 162.
[2] Rec. Doc. 160.