# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| VINCENT JOHNSON, ET AL. | CIVIL ACTION |
| VERSUS | 14-102-SDD-SCR |
| TRANSWOOD, INC., ET AL. | |

## ORDER

**CONSIDERING** the *Motion to File Corrected Affidavit of Settlement Efforts*[1] filed by TransWood, Inc. and TransWood Logistics, Inc. (collectively, "TransWood") in the above captioned matter;

**IT IS HEREBY ORDERED** that the Motion is GRANTED and Record Document 159 is stricken and replaced with Record Document 163-1 in the record of these proceedings.

Baton Rouge, Louisiana the 24 day of September, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 163.